**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Tanya Renee Langama | ) | |
| | ) | Ct. File ___0:20-cv-00619___ |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **HEALTHCARE SERVICES** |
| Healthcare Services Group, Inc. | ) | **GROUP NOTICE OF REMOVAL** |
| | ) | **OF** |
| Defendant. | ) | **CIVIL ACTION** |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C §§ 1332, 1441 and 1446, Defendant Healthcare Services Group, Inc. ("HCSG") hereby removes this case to the U.S. District Court for the District of Minnesota from the Fourth Judicial District of the District Court, County of Hennepin, State of Minnesota.

### FACTS

1.      The *pro se* Complaint and its various attachments collectively allege that Tanya Renee Langama lives and works in Minnesota and was harassed and discharged from her position with HCSG as a dietary aid and cook. *See* Jason Friedman Declaration ("Friedman Decl."), Ex. 1 at 1, 3, 5, 11.

2.      The Complaint names HCSG as Defendant. *See* Friedman Affidavit Ex. 1.

3.      Plaintiff appears to have attempted service of some kind on Defendant HCSG on or about February 4, 2020, and/or February 6, 2020, based on the various filings attached, although Plaintiff mistakenly verified the Waiver of Summons, and the Affidavit of Personal Service is signed on a date before the filing of the Complaint. *See*

1

Friedman Decl. Ex. 1 at 1, 20, 21.  However, HCSG has actual notice of the action and, under any circumstance and in accordance with 28 U.S.C. § 1446(b), this Notice is filed with this Court within 30 days after service of Plaintiff's Complaint.

## DIVERSITY OF CITIZENSHIP AND AMOUNT IN CONTROVERSY

4.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendant are citizens of different states and Plaintiff alleges an amount in controversy of no less than $90,000.00

5.      The Complaint alleges that Plaintiff resided in Minnesota during the incidents alleged and received some sort of aid from Minnesota since as early as 2008. *See* Friedman Decl. Ex. 1 at 3.

6.      Plaintiff was hired by HCSG on July 18, 2017, and worked as a Dietary Aide at Hopkins Health Services, located at 725 2nd Avenue S, Hopkins, MN 55343, until her termination on March 16, 2019. *See*   Declaration of Joanne Strauss ("Strauss Decl."), ¶2.

7.      HCSG is a corporation organized under the laws of the Commonwealth of Pennsylvania having its principle place of business in the Commonwealth of Pennsylvania. (Strauss Decl. ¶3). HCSG's officers and directors, including the chief executive officer, chief financial officer, and many other executive officers and employees, work and direct the operations of Healthcare Services Group from the corporate headquarters located in Pennsylvania. (*Id.*).

8.      Plaintiff's Complaint alleges that she was caused to suffer monetary damages in an amount of at least $90,000.00, exclusive of costs and fees. *See* Friedman Decl, Ex. 1 at 18. Therefore, upon information and belief, the matter in controversy exceeds $75,000.00 exclusive of interest and costs.

**VENUE**

9.      Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division encompassing the state court where the action was pending.

**NOTICE OF FILING NOTICE OF REMOVAL**

10.      In accordance with 28 U.S.C. § 1446(d), Defendant will cause the filing of a copy of this Notice with the Court Administrator of the Fourth Judicial District Court, County of Hennepin, State of Minnesota, to effect this removal.  A copy of the Notice of Filing Notice of Removal that will be filed with the state court is attached to this filing.

**WHEREFORE**, Defendant HCSG hereby removes this action to this Court for all future proceedings.

Dated: February 27, 2020

**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By: s/ Jason D. Friedman

    Jason D. Friedman
    MN Bar No.: 0399808
    225 South 6th Street, Suite 1830
    Minneapolis, MN 55402
    T: 612-351-6800
    F: 612-351-6809

**ATTORNEY FOR DENDANT
HEALTHCARE SERVICES GROUP**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the Plaintiff, Tanya Renne Langama via regular U.S. mail, sent to:

Tanya Renne Langama
P.O. Box 28032
Crystal, MN 55428
Telephone: (612) 730-3406
*Plaintiff and Attorney Pro Se*

s/   Jason D. Friedman